JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

BYRON MITCHELL,

              Petitioner,

    v.

FELIPE MARTINEZ, JR., Warden,

            Respondent.

Case No. 2:20-cv-02810-JFW-MAA

**JUDGMENT**

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED:  September 16, 2020

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE